

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2019

No. 04-19-00253-CV

**JUAN VELA, INDIVIDUALLY AND D/B/A STAR MOULDING CO.**,
Appellant

v.

**HOLLAND SOUTHWEST INT. INC.**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-214
The Honorable Baldemar Garza, Judge Presiding

# O R D E R

The reporter's record was originally due to be filed in this appeal on May 20, 2019. On June 4, 2019, this court sent written notice to the court reporter informing him that the reporter's record was late. The court reporter was instructed to file a notification of late record by June 14, 2019 if he had not been paid for preparing the record. Otherwise, the court reporter was instructed to file the reporter's record by July 5, 2019.

On July 11, 2019, a deputy clerk of this court contacted the court reporter to inquire about the status of the record. That same day, the court reporter filed a notification of late record stating the reporter's record had not been filed because appellant had failed to: (1) request the record; and (2) pay or make arrangements to pay the reporter's fee for preparing the record.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that: (A) appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included, *see* TEX. R. APP. P. 34.6(b)(1); and (B) either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See Tex. R. App. P. 37.3(c). If appellant provides the written proof, the reporter's record must be filed in this court no later than thirty (30) days after the date the written proof is filed in this court. Given the court reporter's delay in responding to this court's June 4,

2019 notice, **further requests for extensions of time to prepare the reporter's record will be disfavored**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2019.



_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court